543 U.S. 968
 GUZMAN-RAMIREZ
v.
UNITED STATES;
NAVARRO-PEREZ
v.
UNITED STATES;
BAIRES-ABARCA
v.
UNITED STATES;
HERNANDEZ-JUAREZ
v.
UNITED STATES; and
MENDEZ-MADRID
v.
UNITED STATES.
 No. 04-6396.
 Supreme Court of United States.
 November 1, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 101 Fed. Appx. 534 (third judgment), 548 (second judgment), and 976 (fifth judgment); 106 Fed. Appx. 291 (fourth jdugment).